RYAN STIBOR
Nevada Bar No. 8897
900 S. 4th St. #219
Las Vegas, NV  89101
Telephone:  (702) 386-0600
Facsimile:   (702) 446-8117
ryan@stiborgroup.com

*Attorneys for Brandon and Kimberlee Hollis*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re: | Chapter 13 |
|---|---|
| BRANDON AND KIMBERLEE HOLLIS, | Case No: 09-27787 |
| Debtors. | Hearing Date: December 3, 2009<br>Hearing Time: 2:30 pm |
|  | Location:  Foley Federal Building<br>Courtroom No. 3 |

**MOTION TO VALUE COLLATERAL AND STRIP OFF JUNIOR LIEN**
**(Pursuant to subsections (a) and (d) of 11 U.S.C. § 506,**
**Federal Rule of Bankruptcy Procedure 3012)**

**NOTICE IS HEREBY GIVEN** that Debtor requests the court to value the property described below.  This property secures the claim of the creditor named below.  Debtor also requests that the amount of the creditor's secured claim not exceed the value of its security, less the claims of creditors holding senior liens or security interests.  This determination will supercede any greater secured claim demanded in a proof of claim.  Any objections to the creditor's claim are reserved and will be filed after the creditor has filed a proof of claim.  In the opinion of the debtor, the collateral has the replacement value indicated below.

   1. Debtor filed a voluntary petition under Title 11 Chapter 13 of the U.S. Bankruptcy Code on September 23, 2009.

   2. Debtor owns certain real property located in Clark County, more precisely described as:

   6815 Pleasantville Ct., Las Vegas, NV 89149,
    2nd Mortgage on real property

3. Name of the creditor whose collateral is being valued by this motion: Wells Fargo.

4. Wells Fargo has not filed a Proof of Claim for their junior mortgage interest on the Debtor's Property. Debtor's credit report indicates a balance of collateral in the amount owed to and the name of all creditors holding liens or security interest senior to the lien or security interest of the above-named creditor:

| Name of Creditor | Amount of Claim |
|---|---|
| Claim No. 1 Account# 4263 Senior Lienholder Wells Fargo PO Box 10335 Des Moines, IA 50306 | $279,260.75 |
| Claim No. 2 Account # 8556 Junior Lienholder Wells Fargo 1 Home Campus Des Moines, IA 50328 | $71,511.72 |

5. Debtor's opinion of the exempt property's "replacement value" [as defined and limited by section 506(a)(2)]: $166,000.00

In support of this valuation, an appraisal conducted and provided on September 11, 2009 as Exhibit "A".

6. Accordingly, Wells Fargo's junior lien (Claim No. 2) is wholly unsecured and has no value as a secured claim inasmuch as the value of the Property is less than the claim amount of the senior lien.

WHEREFORE, the Debtor respectfully prays that this Honorable Court enter an order finding that the junior lien (Claim No. 2) is wholly unsecured and not subject to protection under 11 U.S.C. § 1322(b)(2); and that the junior lien be "stripped off"; and determining that claim No. 2 be treated as a general unsecured claim; and granting such other relief as is fair and equitable.

1  We declare under perjury under the laws of the State of Nevada that the foregoing is true and correct.

2  Dated: November 3, 2009                     /s/ Brandon Hollis

3                                              s/ Kimberlee Hollis

4                                       Debtors

                                        Respectfully,

                                        RYAN STIBOR

|   |   |
|---|---|
| 1 | RYAN STIBOR |
|   | Nevada Bar No. 8897 |
| 2 | 900 S. 4th St. #219 |
|   | Las Vegas, NV  89101 |
| 3 | Telephone:  (702) 386-0600 |
|   | Facsimile:   (702) 446-8117 |
| 4 | ryan@stiborgroup.com |

*Attorneys for Brandon and Kimberlee Hollis*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re: | Chapter 13 |
|---|---|
| BRANDON AND KIMBERLEE HOLLIS, | Case No: 09-27787 |
| Debtors. | Hearing Date: December 3, 2009 |
|  | Hearing Time: 2:30 pm |
|  | Location:  Foley Federal Building |
|  | Courtroom No. 3 |

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on the November 6, 2009, I served a true and correct copy of the foregoing MOTION TO STRIP OFF JUNIOR LIEN by depositing a copy in the United States Mail at Las Vegas, Nevada, certified mailing postage fully prepaid, addressed to:

WELLS FARGO HOME MORTGAGE
MARK C. OMAN, President
1 HOME CAMPUS
DES MOINES, IA 50328
MAX #X2302-04C

The following persons were served by electronic transmission:

BANKRUTPCY TRUSTEE
KATHLEEN LEAVITT
201 Las Vegas Blvd. So. #200
Las Vegas, NV 89101

US TRUSTEE OFFICE
300 Las Vegas Blvd., South Suite 4300
Las Vegas, Nevada 89101
USTPREGION17.LV.ECF@usdoj.gov

DATED November 6, 2009

                                                       Respectfully,

                                                       RYAN STIBOR