**Entered on Docket**
**December 21, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

RYAN STIBOR
Nevada Bar No. 8897
900 S. 4th St. #219
Las Vegas, NV  89101
Telephone:  (702) 386-0600
Facsimile:   (702) 446-8117
ryan@stiborgroup.com

*Attorneys for Brandon and Kimberlee Hollis*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>BRANDON AND KIMBERLEE HOLLIS,<br><br>Debtors. | Chapter 13<br><br>Case No: 09-27787-LBR<br><br>Hearing Date: December 3, 2009<br>Hearing Time: 2:30 pm<br><br>Location:  Foley Federal Building<br>                 Courtroom No. 3 |

**ORDER TO AVOID LIEN**

A hearing to value collateral and strip off junior lien by Brandon and Kimberlee Hollis (Debtor) on certain real property located at 6815 Pleasantville Ct., Las Vegas, NV 89149, secured by 2nd mortgage lender, Wells Fargo Home Mortgage, Account ending in # 8556, in an amount of $71,511.22, under Claim Number 3. No timely opposition having been filed, the court being fully advised in the premises and good cause appearing therefore.

Page 1 of 1

IT IS HEREBY ORDERED that the motion to strip off junior lien of Chase as wholly unsecured and that such be treated as a general unsecured claim, be, and it hereby is, granted. Upon entry of a discharge, the lien is avoided and extinguished automatically without further order; provided, however, if the debtors fail to make all required payments and no discharge is entered, the lien shall survive and remain fully enforceable. In the event the instant Chapter 13 is dismissed or converted to a chapter 7 the instant order shall be vacated.

DATED December 16, 2009

Respectfully,

RYAN STIBOR
Nevada Bar No. 8897
900 S. 4th St. #219
Las Vegas, NV  89101

RULE 9021 CERTIFICATION:

In accordance with Local Rule 9021, counsel for Movant certifies:

_____    The Court waived the requirement of approval under LR 9021.

_____    No parties appeared or filed written objections, and there is no trustee appointed in the case.

\_\_\_X\_\_\_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

KATHLEEN LEAVITT, Trustee: _____

Approved _____    Disapproved _____    Failed to Respond \_\_\_X\_\_\_

#######